# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| STEPHANIE VOLLMER-JUHL, individually and as the parent and natural guardian of M.B.J. a Minor,<br><br>Plaintiffs,<br><br>vs.<br><br>MOHAMMAD ABDULAZIZ ALOBAYDAN,<br><br>Defendant. | No. CV 18-64-BU-SEH<br><br>**ORDER** |

A hearing on the Order to show to cause[1] was held on January 15, 2019. Counsel for Plaintiff having explained Plaintiff's intention to exercise all appropriate measures available to pursue the case as pleaded, the Order to show cause is DISCHARGED.

DATED this 15th day of January, 2019.

SAM E. HADDON
United States District Judge

---

[1] Doc. 7.