IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
2/25/2019
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| STEPHANIE VOLLMER-JUHL, individually and as the parent and natural guardian of M.B.J. a Minor,<br><br>Plaintiffs,<br><br>vs.<br><br>MOHAMMAD ABDULAZIZ ALOBAYDAN,<br><br>Defendant. | No. CV 18-64-BU-SEH<br><br>**ORDER** |

At the hearing held on January 15, 2019, Plaintiff stated her intention to exercise all appropriate measures available to pursue the case as pleaded. As of the date of this Order, the record fails to disclose what steps, if any, have been taken by the Plaintiff since January 15, 2019, to pursue the case.

ORDERED:

Plaintiff shall file a status report on or before 4:45 p.m. on March 4, 2019, informing the Court of steps taken to pursue the case as pleaded.

DATED this 25th day of February, 2019.

SAM E. HADDON
United States District Judge