# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

FILED
5/28/2019
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| STEPHANIE VOLLMER-JUHL, individually and as the parent and natural guardian of M.B.J. a Minor,<br><br>Plaintiffs,<br><br>vs.<br><br>MOHAMMAD ABDULAZIZ ALOBAYDAN,<br><br>Defendant. | No. CV 18-64-BU-SEH<br><br>**ORDER** |

On May 24, 2019, Plaintiff filed a Motion to Dismiss Without Prejudice.[1]

The motion to dismiss will be considered as a Fed. R. Civ. P. 41(a)(1)(A) notice of voluntary dismissal.

ORDERED:

Dismissal is GRANTED. The case is DISMISSED without prejudice. The Clerk of Court is directed to close the case.

DATED this 28th day of May, 2019.

SAM E. HADDON
United States District Judge

---

[1] Doc. 17.