# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| STEPHANIE VOLLMER-JUHL, individually and as the parent and natural guardian of M.B.J. a minor,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMMAD ABUDULAZIZ ALBAYDAN,<br><br>Defendant. | Case No. CV-18-64 -BU-SEH<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 18), This case is DISMISSED without prejudice.

    Dated this 28th day of May, 2019.

                      TYLER P. GILMAN, CLERK

                      By: /s/ Heidi Gauthier
                      Heidi Gauthier, Deputy Clerk